

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dmitrii Markov | **Civil Action No.** 25-cv-03811-JLS-SBC |
| **Plaintiff,** | |
| V. | |
| See Attachmnet | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS IN PART the Amended Petition for a Writ of Habeas Corpus and ORDERS Respondents to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a). This concludes the litigation in this matter

**Date:**        2/23/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Santiago

A. Santiago, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25-cv-03811-JLS-SBC

Respondents:

Christopher J. Larose
Field Office Director, U.S. Immigration and Customs Enforcement, San Diego Field Office, in his official capacity

Kristi Noem
Secretary, U.S. Department of Homeland Security

Pamela Bondi
Attorney General of the United States, et al